UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN T. PECORARO, INDIVIDUALLY AND ON BEHALF OF HER DECEASED SON, JOSEPH A. PECORARO | CIVIL ACTION |
| VERSUS | NO: 25-245 |
| NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK, ET AL. | SECTION: "A" (3) |

## ORDER AND REASONS

Before the Court is a **Motion to Dismiss Canadian National Railway Company Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Rec. Doc. 10)**, filed by Defendant, Canadian National Railway Company ("Canadian National").

Plaintiff's First Amended Complaint, filed after Canadian National filed its motion, removed Canadian National as a named defendant and added Illinois Central Railroad Company. (*See* Rec. Doc. 12). Thereafter, Plaintiff filed her Response to Canadian National's Motion to Dismiss Pursuant to Rule 12(b)(2). (Rec. Doc. 14). The response states, in relevant part, that "Upon review of Canadian National's pending Motion to Dismiss and the subsequent addition of Illinois Central Railroad Company as a defendant in the above captioned case, Plaintiff has no opposition to the dismissal of Canadian National from this suit without prejudice." (*Id.*).

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss Canadian National Railway Company Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Rec. Doc. 10)** is **GRANTED**, and Plaintiff's claims against Canadian National are **DISMISSED WITHOUT PREJUDICE**.

March 31, 2025

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE